**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-EASTERN DISTRICT**

In the Matter of:

Advanced EC, LLC

Case No. 08-52053
Chapter 7
Honorable Phillip J. Shefferly

Debtor(s).

_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of **$2,839.33** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. Butler MacDonald | 5 | $2,839.33 |
| | **Total:** | **$2,839.33** |

Dated: May 14, 2010

/s/ Michael A. Stevenson
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034